UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| OM MATERIALS (SARAWAK) SDN. BHD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant <br><br> and <br><br> CC METALS AND ALLOYS, LLC AND FERROGLOBE USA, INC., <br><br> Defendant-Intervenors. | Court No. 25-00130 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, <u>Anne M. Delmare</u>, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Emma E. Bond. Ms. Bond no longer works at the Department of Justice and should be terminated as counsel for the case.

        Respectfully Submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. MCCARTHY
        Director

        /s/ Claudia Burke
        CLAUDIA BURKE
        Deputy Director

                                    /s/Anne M. Delmare
                                    ANNE M. DELMARE
                                    Trial Counsel
                                    U.S. Department of Justice
                                    Commercial Litigation Branch, Civil Division
                                    P.O. Box 480, Ben Franklin Station
                                    Washington, DC 20044
                                    Telephone: (202) 305-0531
                                    Email: anne.m.delmare@usdoj.gov

November 20, 2025                    *Attorneys for Defendant*